

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) <br> ) <br> v. ) <br> ) <br> Steven Carrillo, ) <br> ) <br> Defendant. ) <br> ) | ORDER TO REDUCE <br> TERM OF SUPERVISED RELEASE FOR <br> SUCCESSFUL COMPLETION <br> OF REENTRY COURT <br> (18 U.S.C. 3583(3)(1) <br><br> Docket Number: 1:14CR00150-001 LJO |

On February 23, 2017, the defendant was accepted as a participant in the Reentry Court Program. As of April 25, 2018, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of January 21, 2020.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release re-imposed on February 22, 2016, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

May 24, 2018
Date

Honorable Sheila K. Oberto
United States Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of January 21, 2020.

June 25, 2018
Date

Honorable Lawrence J. O'Neill
Chief United States District Judge

cc: Defendant
 Assistant United States Attorney: Not assigned
 Defense Counsel: Jerome Price
 FLU Unit – United States Attorney's Office
 Fiscal Clerk - Clerk's Office

Rev. 02/2015
REENTRY COURT_ORDER_TERM REDUCTION .DOTX